Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Yvette Ortiz

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE ORTIZ,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>  Defendants. | Case No.: 2:18-cv-00877-MCE-GGH<br><br>**ORDER** |

Pursuant to the stipulation of the parties, and good cause appearing, Defendant Equifax, Inc., is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The case remains active against Defendant Credit One Bank. N.A.

IT IS SO ORDERED.

Dated: September 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE